ALLWAY TAXI INC. et al., Appellants,

v.

The CITY OF NEW YORK and Michael Lazar, as Chairman of the New York City Taxi Commission, Appellees.

No. 155, Docket 72–1656.

United States Court of Appeals, Second Circuit.

Argued Nov. 14, 1972.

Decided Nov. 15, 1972.

Maurice H. Goetz, New York City (Friedlander, Gaines, Ruttenberg & Goetz, New York City, Edward Cherney, New York City, of counsel), for appellants.

Stanley Buchsbaum and Beatrice Rothman, Norman Redlich, Corp. Counsel, New York City, for appellees.

Before SMITH, KAUFMAN and MULLIGAN, Circuit Judges.

PER CURIAM:

We affirm on the opinion of Judge MacMahon below, 340 F.Supp. 1120 (S.D.N.Y.1972).

Reverend Tommie R. SMITH, individually and on behalf of all others similarly situated, Plaintiff-Appellant,

v.

Malcom V. LEACH et al., Defendants-Appellees.

No. 27659.

United States Court of Appeals, Fifth Circuit.

Nov. 8, 1972.

Howard Moore, Jr., Peter E. Rindskopf, Charles Morgan, Jr., Reber F. Boult, Jr., Atlanta, Ga., for plaintiff-appellant.

Allen L. Chancey, Jr., Asst. U. S. Atty., Wayman G. Sherrer, U. S. Atty., Arthur K. Bolton, Atty. Gen. of Ga., Atlanta, Ga., Robert V. Zener, Patricia S. Baptiste, Attys., William D. Ruckelshaus, Asst. Atty. Gen., Civil Div., Donald Horowitz, Atty., Dept. of Justice, Washington, D. C., for defendants-appellees.

Before JOHN R. BROWN, Chief Judge, and WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, SIMPSON, MORGAN, CLARK, INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

It having been made known to the court that appellant Smith has been granted a dependency deferment and is not eligible for induction under current Selective Service policies, the appeal in this cause is dismissed as moot.